WILLIAM P. BROOKS, Appellant, v. THE STATE OF NEW YORK, Respondent.

(Submitted March 2, 1887, decided March 22, 1887.)

*E E. Harding* for appellant

*Denis O' Brien, Attorney-General,* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

WILLIAM S. CLEMENTS, Respondent, v. THE STATE OF NEW YORK, Appellant.

(Argued March 4, 1887; decided March 23, 1887.)

*Denis O' Brien, Attorney-General,* for appellant.

*D. S. Potter* for respondent.

Agree to affirm ; no opinion.
All concur
Award affirmed.